UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Christine R. Johnson,                       No. 1:19-cv-00615

               Plaintiff,

      vs.

TD Bank USA, National Association; et al.,

               Defendants.

## DECLARATION OF BRIAN MELENDEZ

| State of Minnesota, | ) |
|---|---|
| | ) SS. |
| County of Hennepin | ) |

Pursuant to 28 U.S.C. § 1746, the undersigned Brian Melendez declares:

1. My name is Brian Melendez. I am an attorney representing Defendant TD Bank USA, N.A., in this action, in association with Amy R. Michelau. My attorney license number before the Supreme Court of Minnesota is 0223633. I am admitted to practice before this Court. I make this declaration in support of TD's motion for summary judgment.

2. A true and correct copy of each following document accompanies this declaration:

    **Ex.**     **Document**

    A      Inside POS [Point-of-Sale] Transaction Register (Mar. 27, 2017) [T201–06; Wolf Dep., Ex. 7]

    B      Letter from Target Card Services to Christine R Johnson (Mar. 31, 2017) [T245; Wolf Dep., Ex. 10]

| | |
|---|---|
| C | TSYS Archived Notes [T268; from Wolf Dep., Ex. 11] |
| D | Bankruptcy Petition [ECF Doc. 1], Schedule F at 9, *In re Christine R. Johnson*, Case No. 18-22046 (Bankr. N.D. Ill. filed Aug. 6, 2018) |
| E | Letter from Christine Kiefer-Johnson to Experian (Nov. 6, 2018) [T294] |
| F | Letter from Christine Kiefer-Johnson to Experian (Nov. 8, 2018) [T306] |
| G | Tinley Park Police Department, Reporting Officer Narrative (Dec. 15, 2018) [T333–35] |
| H | Plaintiff's Responses and Objections to TD Bank USA, National Association's First Set of Interrogatories (Oct. 8, 2019) |
| I | Plaintiff's Responses and Objections To TD Bank USA, National Association's First Set of Requests for Admission (Oct. 8, 2019) |
| J | Plaintiff's Amended Responses and Objections to TD Bank USA, National Association's First Set of Interrogatories and Requests for Production (Nov. 11, 2019) |
| K | Defendant TD Bank USA, N.A.'s Amended Answers to Interrogatories (Nov. 19, 2019) [Wolf Dep., Ex. 16] |
| L | 30(b)(6) Videotaped Deposition of TD Bank USA, National Association Taken Through Its Representative Susan L. Wolf (Nov. 26, 2019) |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 8, 2020.

*/s/ Brian Melendez*

Brian Melendez