
TSYS Archived Notes - Johnson 3/27/17 open

| TSYS ACCT I | CRAR_EVNT _TYPE_C | CRAR_EVNT _OCUR_D | CRAR_EVNT _OCUR_TI | EVNT_ SRC_C | OPER_I | CRAR_EVNT_REF_T |
|---|---|---|---|---|---|---|
| 61885383 | 647 | 2017-03-29 | 22:49:54 | BAT | TS2PRB | 03/29/20170UDX130 X01CVPO 0000000.00000000000.00000000000.0000 |
| 61885383 | 573 | 2017-03-30 | 11:15:14 | MPTI | V04620 | 0500/00/000000/00/0000030503/30/201712/31/9999 |
| 61885383 | 900 | 2017-03-30 | 11:15:17 | AAME | V04620 | MREFER TO X55626. NEW ACCOUNT W/LARGE OLGC PURCHASE. NEED TO CONFIRM    ACCT OPENING AND ACTIVITY W/CH AT VERIFIABLE PH#. |
| 61885383 | 900 | 2017-03-30 | 11:15:17 | AAME | V04620 | MREFER TO X55626. NEW ACCOUNT W/LARGE OLGC PURCHASE. NEED TO CONFIRM    ACCT OPENING AND ACTIVITY W/CH AT VERIFIABLE PH#. |
| 61885383 | 020 | 2017-03-31 | 14:27:29 | MCNA | ZA1FMB | 0002            7807 171ST PL TINLEY PARK    IL    60477    02    USA N00000000000000 |
| 61885383 | 116 | 2017-03-31 | 14:27:39 | WAGN | ZA1FMB | 0102 |
| 61885383 | 284 | 2017-03-31 | 14:27:41 | WAGN | ZA1FMB | LTRFRDP22FRDP03/31/2017L |
| 61885383 | 902 | 2017-03-31 | 14:30:21 | WFRD | ZA1FMB | LEFT VM MSG AT 708-567-2302; VERIFY 03/27 ACTIVITY; REFER ?'S TO X55626 |
| 61885383 | 042 | 2017-04-06 | 23:37:55 | KMCP | IVR001 | 000000000000000000000007082006818 |
| 61885383 | 866 | 2017-04-06 | 23:37:55 | KMCP | IVR001 | ALT ONE  ALT ONE  E |
| 61885383 | 900 | 2017-04-06 | 23:37:56 | KAMO | IVR001 | PHONE USAGE PERMISSION GRANTED |
| 61885383 | 900 | 2017-04-06 | 23:37:56 | KAMO | IVR001 | PHONE USAGE PERMISSION GRANTED |
| 61885383 | 853 | 2017-04-25 | 23:12:21 | BAT | TS2PRB | 04/25/20170LTC120 L03CYPO00000000000000000000000000+00000000000+00000000000 00000000000 4040 |
| 61885383 | 881 | 2017-04-25 | 23:12:21 | BAT | TS2PRB | 04/25/20170PR20  P01CYPO********0          000 00 |
| 61885383 | 739 | 2017-04-25 | 23:12:21 | BAT | TS2PRB | 04/25/20170ATC310 A03CYPO+0000000+0000000          +0000000  N |
| 61885383 | 647 | 2017-04-25 | 23:13:59 | BAT | TS2PRB | 04/25/20170UDX70 X01CYPO 0000000.00000000000.00000000000.0000 |
| 61885383 | 649 | 2017-04-25 | 23:13:59 | BAT | TS2PRB | 04/25/20170UDZ30 Z01CYPO 0000000.00000000000.00000000000.0000 |
| 61885383 | 645 | 2017-04-25 | 23:13:59 | BAT | TS2PRB | 04/25/20170PU20  C02CYPO000   00000000000 |
| 61885383 | 648 | 2017-04-25 | 23:13:59 | BAT | TS2PRB | 04/25/20170UDY20 Y01CYPO 0000000.00000000000.00000000000.0000NO CLOSE |
| 61885383 | 667 | 2017-04-26 | 04:05:51 | BAT | AUTO | 11 TWEQTUIN                11 |
| 61885383 | 900 | 2017-05-12 | 12:12:21 | SINF | ENGAGE | BDay 45 Activation Letter |
| 61885383 | 900 | 2017-05-12 | 12:12:21 | SINF | ENGAGE | BDay 45 Activation Letter |
| 61885383 | 739 | 2017-05-22 | 21:53:22 | BAT | TS2PRB | 05/22/20170ATC310 A03BUPO+0000000+0000000          +0000000  N |
| 61885383 | 881 | 2017-05-22 | 21:53:22 | BAT | TS2PRB | 05/22/20170PR20  P01BUPO********0          000 00 |

JOHNSON, C.
T 268

2